Adam Partenfelder, Plaintiff, v. Isadore Finkler, Defendant.— Motion denied, without costs. ·Present — Hirschberg, Burr, Thomas, Carr and Rich, JJ.

Clark Abrams, Appellant, v. Harry H. Lang, Respondent.— Order of the · County Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr and Thomas, JJ., concurred; Woodward and Rich, JJ., dissented.

Borough Bank of Brooklyn, Respondent, v. Walter F. Duckworth, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Albert H. Eaves, an Infant, by Westchester Trust Company, as Guardian ad Litem, Respondent, v. Sarah L. Armstrong, Appellant.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

Flora Groden, Respondent, v. John McLennan and Others, Defendants Impleaded with The People of the State of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Leopold Heymann, Appellant, v. Henry Rosenkranz, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Joseph Holmes, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Hirschberg, Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Probate of the Last Will and Testament of Sadie J. Connolly, Deceased. Mary A. Richards, Appellant; Helen Sponza, Petitioner, Respondent.— Decree of the Surrogate's Court of Suffolk county affirmed, with costs. No opinion. Hirschberg, Thomas, Carr, Woodward and Rich, JJ., concurred.

In the Matter of Supplementary Proceedings. Frank G. Search, Respondent, v. Vincenzo Rubbo, Defendant, Impleaded with Michele Rubbo, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Emily Jones, Appellant, v. Grand Central Palace Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Mary Kearney, Respondent, v. David L. Williams, Appellant.— Judgment· of the County Court of Westchester county modified by striking out the provision for extra allowance, and as so modified, judgment and order unanimously affirmed, without costs. No opinion. Present — Hirschberg, Thomas, Carr, Woodward and Rich, JJ.

William Murray, an Infant, by Martin F. Murray, His Guardian ad Litem, Respondent, v. Julius Oppenheimer, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.